# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| BP PRODUCTS NORTH AMERICA, INC., ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:06CV01248 ERW |
| ) | |
| TY TREUTELAAR, ) | |
| ) | |
| Defendant(s). ) | |

## ORDER

Upon review of the Court file, the Court notes that there has been no activity from Defendant Ty Treutelaar since service upon said Defendant on August 22, 2006.

**IT IS HEREBY ORDERED** that Plaintiff shall, no later than **October 13, 2006**, file appropriate motions for entry of default and for default judgment, supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration.

Dated this 27th day of September 2006.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE